**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARQUIS RASHAAD HARRIS, Petitioner, | ) | |
| vs. | ) | Civil Action No. 3:26-cv-182<br>Judge Stephanie L. Haines<br>Magistrate Judge Patricia L. Dodge |
| DISTRICT ATTORNEY OF BLAIR COUNTY, *et al.*, Respondents. | ) | |

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Marquis Rashaad Harris ("Petitioner") (ECF No. 4). Petitioner is a state pretrial detainee incarcerated at Blair County Prison who seeks release asserting that his constitutional rights were violated in the procedure and administration of his state case. This matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On July 24, 2026, Magistrate Judge Dodge filed a Report and Recommendation (ECF No. 23) recommending that the Petition (ECF No. 1) and the certificate of appealability be denied because Petitioner's state case has not been adjudicated and thus, his claims in his Petition are premature. Petitioner was advised he could file objections to the Report and Recommendation by August 10, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired.[1]

[1] The Court notes that it sent the Report and Recommendation (ECF No. 23) and an Order Denying Petitioner's Motion to Compel (ECF No. 24) on July 24, 2026, to Petitioner at his address of record. On August 20, 2026, those documents were returned to the Court as "Return to Sender. Refused. Unable to Forward." (ECF No. 26). If Petitioner was transferred or released from Blair County Prison he has not updated his address as required by the Court.

Upon review of the record and the Report and Recommendation (ECF No. 23) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Dodge in this matter. Judge Dodge correctly denied Petitioner's Petition for Writ of Habeas Corpus because his claims are premature. Petitioner may only litigate such claims in the event he is convicted and then only after he has exhausted his available state court remedies with respect to those claims. ECF No. 23, p. 5 (citing *Williams v. Harper*, 2022 WL 2161807, at *2 (W.D. Pa. May 9, 2022). In addition, the certificate of appealability will be denied because jurists of reason would not find the issues related to the Petition debatable.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 3rd day of September, 2025, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 4) hereby is DENIED; and,

IT IS FURTHER ORDERED that Magistrate Judge Dodge's Report and Recommendation (ECF No. 23) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that a certificate of appealability is DENIED; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

Marquis Rashaad Harris
Blair County Prison
419 Market Square Alley
Hollidaysburg, PA 16648